FRANCO 6.1-002

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAY FRANCO & SONS, INC., )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>CLEMENS FRANEK, )<br>)<br>DEFENDANT. ) | 08CV1313<br>JUDGE DER-YEGHIAYAN<br>MAG. JUDGE BROWN<br><br>FILED<br>MAR 0 5 2008    MAR - 5 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

**CERTIFICATE UNDER RULE 7.1 OF RELATED ENTITIES**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court of New Jersey and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the plaintiff **JAY FRANCO & SONS, INC.** certifies that the following are corporate parents, subsidiaries or affiliates of the plaintiff: **NONE**.

Respectfully submitted,
JAY FRANCO & SONS, INC.

By: _____
Ezra Sutton, Esq.
Ezra Sutton, P.A.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
(732) 634-3520 PH / 3511 FAX
Attorney for Plaintiff

Dated: March _3_, 2008