UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JAY FRANCO & SONS, Inc., </br></br> Plaintiff, </br></br> v. </br></br> CLEMENS FRANEK, </br></br> Defendant. | Civil Action No. 1:08-cv-01313 |

## APPEARANCE

The undersigned attorney hereby enters his appearance on behalf of Defendant, CLEMENS FRANEK.

By:    /s/ Mark D. Roth

       Attorney for Defendant

Mark D. Roth
ORUM & ROTH, LLC
53 W. Jackson Blvd.
Suite 1616
Chicago, IL 60604
(312) 922-6262