# United States District Court
# Northern District of Illinois



In the Matter of

Jay Franco & Sons, Inc.

v.

Clemens Franek

Case No. 08 C 1313

Designated Magistrate Judge
Maria Valdez

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Samuel Der-Yeghiayan** to be related to **08 C 58** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Robert Dow, Jr.

Dated: April 17, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Robert Dow, Jr.**.

### ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: APR 1 7 2008

Finding of Relatedness (Rev. 9/99)