UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEMENS FRANEK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WALMART STORES, INC. and<br>TARGET CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 08-Civ-0058<br><br>Judge Robert M. Dow, Jr.<br><br>*JURY DEMAND* |
| JAY FRANCO & SONS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLEMENS FRANEK,<br><br>　　　　Defendant. | Civil Action No. 08-Civ-1313<br><br>Judge Robert M. Dow, Jr.<br><br>*JURY DEMAND* |

### NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

TO:　　　Mark Daniel Roth, Esq.
　　　　　Orum & Roth, LLC.
　　　　　53 West Jackson Boulevard
　　　　　Chicago, Illinois 60604

　　**PLEASE TAKE NOTICE** that on May 21, 2008, at 9:00 a.m., the undersigned will appear before Judge Robert M. Dow, Jr. in Room 1919 in the United States

District Court for the Northern District of Illinois, Eastern Division and then and there present **PLAINTIFF JAY FRANCO & SONS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**.

Dated: May 16, 2008

Respectfully submitted,

By: _____
Ezra Sutton
EZRA SUTTON, P.A.
900 Route 9, Suite 201
Woodbridge, New Jersey 07095
(732) 634-3520 - Office
(732) 634-3511 - Fax

Attorney for Plaintiff
Jay Franco & Sons, Inc.