# EXHIBIT 1

6 2 7 4 8 2

TRADEMARK APPLICATION SERIAL NO._____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

090  11/10/86  627482                    1 301      200.00 CK

200.00 — 301

627482



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION TO REGISTER TRADEMARK
UPON THE PRINCIPAL REGISTER

Mark:          Round beach towel design.

Class No. :  International 24

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS

Applicant is CLM Design, Inc., an Illinois corporation located
and doing business at 8217 Beverly Boulevard, Suite No. 1, Beverly
Hills, California  90048.

The above-identified applicant has adopted and is using the
trademark shown in the accompanying drawing for the following goods:
Beach Towels; and requests that said mark be registered in the U.S.
Patent and Trademark Office established by the Act of July 5, 1946.

The trademark was first used August 15, 1985; was first used
in interstate commerce February 14, 1986; and is now in use in such
commerce.

The mark is used in connection with beach towels, beach towel
product configuration (specifically, the round shape of a beach
towel), packaging, promotional materials, and labels.  Five photo-
grahs of specimens showing the mark as actually used are presented
herewith.  Actual specimens, which range in size from approximately
three (3) feet to six (6) feet in diameter, are unduly bulky.  Upon
request, actual specimens will be made available.

The required fee of $200 for each class is submitted herewith.
Applicant hereby appoints the law firm of Winston & Strawn and George
C. Lombardi, an attorney at law and a member of the Bar of the State
of Illinois, Suite 5000, One First National Plaza, Chicago, Illinois
60603, as its attorneys to prosecute this application to register
with full power of substitution and revocation, to transact all bus-
iness in the Patent and Trademark Office in connection therewith and
to receive the Certificate of Registration.  Please address all
communications to George C. Lombardi, Esq.; Winston & Strawn; One

State of Rhode Island)
                  )SS
County of Kent    ,   )

    Glen E. Grunwald states that he is Vice President - Treasurer
of applicant corporation and is authorized to execute this instru-
ment on behalf of said corporation; he believes said corporation to
be the owner of the trademark sought to be registered; to the best
of his knowledge and belief no other person, firm, corporation or
association has the right to use said mark in commerce, either in
the identical form or in such near resemblance thereto as to be
likely, when applied to the goods of such other person, to cause
confusion, or to cause mistake, or to deceive; and the facts set
forth in this application are true.

                                    CLM DESIGN, INC.

                                By: _____

                                    Glen E. Grunwald
                                    Vice President - Treasurer

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _14_ DAY OF OCTOBER, 1986.

_____
     Notary Public



**627482**

APPLICATION TO REGISTER TRADEMARK
UPON THE PRINCIPAL REGISTER

INT. CL. 24

PRIOR U.S. CL. 42

APPLICANT'S NAME:                     CLM Design, Inc.

APPLICANT'S ADDRESS:                  8217 Beverly Boulevard
                                      Suite One
                                      Beverly Hills, California
                                                        90048

DATE OF FIRST USE:                    August 15, 1986

DATE OF FIRST USE IN COMMERCE:        February 14, 1986

PRODUCTS RECITED IN THE APPLICATION:  Beach Towels



2

**627482**

APPLICATION TO REGISTER TRADEMARK
UPON THE PRINCIPAL REGISTER

.T. CL.  24

PRIOR U.S. CL.  42

APPLICANT'S NAME:                                CLM Design, Inc.

APPLICANT'S ADDRESS:                             8217 Beverly Boulevard
                                                 Suite One
                                                 Beverly Hills, California
                                                         90048

DATE OF FIRST USE:                               August 15, 1986

DATE OF FIRST USE IN COMMERCE:                   February 14, 1986

PRODUCTS RECITED IN THE APPLICATION:             Beach Towels



t's new? It's all for you at Woodies!



**Candlelight with new garden lantern**
Authentic replica of antique Chinese garden lantern perfect for patio nights. Oxidized brass finish is right for outdoors. Mini-bell ornaments, too. Add a candle and enjoy. By Sadek. $40.00



**Round-up new Sunspot beach towel**
Find your spot in the sun without moving your towel around. Here's a big 72 inch diameter color print cotton towel that's perfect for two. Includes one matching personal sun towel. 2-pc. set, $49.99
Towels



**Try a thin, light new slim-line scale**
Thinner is better! Introducing 1¼ inch streamlined scale designed to fit in. Accurate strain-gauge has zero correction button, pounds to kilos switch. Uses 9 volt battery. By Borg. $49.99
Bath Shop



**Fight plaque the new Interplak® way**
A technological breakthrough. Interplak® Home Plaque Removal Instrument bristles rotate 4200 times a minute, reversing direction to scour and stimulate gums. Rechargeable cordless, 2 brush heads. $99.99
Culinary Arcade

r dish lamps
...nel in black with high-
wall, table and floor
...00.00, sale $69.99
...le $119.99

SHOP CARD
25$ to apply for
s charge card.

# WOODWARD & LOTHROP

*Woodies-is-my-way*

Saturday 10 to 8; Suburban stores Monday-Saturday 10-9:30 (Chevy Chase Saturday 10-7; Sunday all stores 12 to 5 (except Annapolis, Columbia, Wills March)



627482



WINSTON & STRAWN
SUITE 5000
ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
(312) 558-5600
TWX 910-221-5467
TELECOPIER (312) 558-5683

FREDERICK H. WINSTON (1853-1886)
SICAS H. STRAWN (1891-1946)

WASHINGTON, D. C. OFFICE
2550 M STREET, N. W.
WASHINGTON, D. C. 20037
(202) 828-8400

PHOENIX OFFICE
3101 NORTH CENTRAL AVENUE
1500 SOUTHWEST FINANCIAL PLAZA
PHOENIX, ARIZONA 85012
(602) 277-1776

WRITER'S DIRECT DIAL NUMBER

(312) 558-5969

October 21, 1986

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Commissioner of Patents and
  Trademarks
U.S. Patent and Trademarks Office
Washington, D.C. 20231

RE:    Applicant:    CLM Design, Inc.
       Mark:         Round Beach Towel Design
       Class:        International 24

To the Commissioner:

       Please process the enclosed application for renewal of
the above mark on the Principal Register for the applicant
CLM Design, Inc.

       Enclosed is a check in the amount of $200.00 for the
filing fees.  If there are any questions, please contact the
undersigned.

       I thank you in advance for your prompt attention to
this application.

                              Very truly yours,