# EXHIBIT 5

Exhibit 22

84



85

Exhibit 23

86

 **Two Towel Beach Ensemble**

*Bound to be round.*



MOON OVER MIA

# The World's Greatest Beach Towel

For more information contact Son International at (213) 651-0255

Patent Pending

Exhibit 24


# Sonspot™ Two Towel Beach Ensemble

*Don't be square.*



**PAINTED HEART**

**LAZY TEDDY**



# The World's Greatest Beach Towel

For more information contact Son International at (213) 651-0255

Exhibit 25



# LE CITRON VERT

▲ **ONE FOR DRYING**
**24 x 48 inch**
Plush Matching
Drying Towel

■ innovative beach products designed by Son International

● the round shape of the Sonspot™ is a trademark of Son International Patent Pending

100% Cotton   made in Brazil

Copyright 1986 Son International

