# EXHIBIT 7

Exhibit 2

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF            )
CLM DESIGN, INC. (d/b/a         )
Son International)              )        Janice O'Lear
                               )        Trademark Attorney
                               )
                               )        Law Office V
                               )
FOR: ROUND BEACH TOWEL DESIGN   )

DECLARATION

I have been involved in the retail store industry for _4_ years.

Currently, I am the ___Buyer___ for ___Hecht's___

_____, a ___Dept___ store, and I am

responsible for ___Towels_____

_____.

During my years in the retail store industry, I have become

familiar with many towels and other textile products, and, in

particular, beach towels.

As a result of my work experience, I am familiar with beach towels

which have a round shape, and it is my belief and understanding

that these beach towels having this particular configuration are

manufactured by a single source.

It is my belief and understanding that the round shape of a beach

towel has acquired in the retail store industry the ability to

distinguish the CLM Design, Inc. (d/b/a Son International) brand

beach towel from other beach towels.

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)


The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_____
Signature

CHRISTopher L- Cavalliere
Name Printed

8/14/87
Date

24

Exhibit 3

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF          )
CLM DESIGN, INC. (d/b/a        )
Son International)             )      Janice O'Lear
                              )      Trademark Attorney
                              )
                              )      Law Office V
                              )
FOR: ROUND BEACH TOWEL DESIGN  )


### DECLARATION

I have been involved in the retail store industry for _4_ years.
Currently, I am the _Towel Buyer_ for _Donaldsons_
_____, a _department_ store, and I am
responsible for ___buying towels, rugs and bath shop___
___for 14 stores___.


During my years in the retail store industry, I have become

familiar with many towels and other textile products, and, in

particular, beach towels.


As a result of my work experience, I am familiar with beach towels

which have a round shape, and it is my belief and understanding

that these beach towels having this particular configuration are

manufactured by a single source.


It is my belief and understanding that the round shape of a beach

towel has acquired in the retail store industry the ability to

distinguish the CLM Design, Inc. (d/b/a Son International) brand

beach towel from other beach towels.

(26)

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_Deborah K. Seykora_
Signature

_Deborah K. Seykora_
Name Printed

_8/3/87_
Date

Exhibit 4



IN TH. UNITED STATES PATENT AND T...DEMARK OFFICE

IN RE APPLICATION OF            )
CLM DESIGN, INC. (d/b/a         )
Son International)               )        Janice O'Lear
                                )        Trademark Attorney
                                )
                                )        Law Office V
                                )
FOR: ROUND BEACH TOWEL DESIGN   )


#### DECLARATION

I have been involved in the retail store industry for _13_ years.
Currently, I am the _Towel Buyer_ for _Rich's Atlanta_
_____, a _Department_ store, and I am
responsible for _all towels + bath products_
_____.


During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.


As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.


It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.


CF1

29

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_____
Signature

SUE DICKERSON
Name Printed

8/3/87
Date

30

Exhibit 5

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

IN RE APPLICATION OF        )
CLM DESIGN, INC. (d/b/a      )
Son International)          )      Janice O'Lear
                           )      Trademark Attorney
                           )
                           )      Law Office V
                           )
FOR: ROUND BEACH TOWEL DESIGN   )

<u>DECLARATION</u>

I have been involved in the retail store industry for _14_ years.
Currently, I am the ___Buyer___ for ___Hannes Div of___
___May Dept Stores___, a ___Department___ store, and I am
responsible for ___Towels and Bath Shop___
_____.

During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.

As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.

It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

(4)

33

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_____
Signature

_____
Name Printed     CATHERINE RYGIEL

_____
Date     8/4/87

32

Exhibit 6

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

IN RE APPLICATION OF              )
CLM DESIGN, INC. (d/b/a           )
Son International)                )     Janice O'Lear
                                  )     Trademark Attorney
                                  )
                                  )     Law Office V
                                  )
FOR: ROUND BEACH TOWEL DESIGN     )


<u>DECLARATION</u>

I have been involved in the retail store industry for _20_ years.

Currently, I am the _Buyer of Towels_ for _Aper Inc._

_____, a _Dept_____ store, and I am

responsible for _all Domestics_____

_____.


During my years in the retail store industry, I have become

familiar with many towels and other textile products, and, in

particular, beach towels.


As a result of my work experience, I am familiar with beach towels

which have a round shape, and it is my belief and understanding

that these beach towels having this particular configuration are

manufactured by a single source.


It is my belief and understanding that the round shape of a beach

towel has acquired in the retail store industry the ability to

distinguish the CLM Design, Inc. (d/b/a Son International) brand

beach towel from other beach towels.





Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_Gus Giuffre_
Signature

_Gus Giuffre_
Name Printed

_7-31-87_
Date

Exhibit 7

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF              )
CLM DESIGN, INC. (d/b/a           )
Son International)                 )        Janice O'Lear
                                   )        Trademark Attorney
                                   )
                                   )        Law Office V
                                   )
FOR: ROUND BEACH TOWEL DESIGN      )

## DECLARATION

I have been involved in the retail store industry for _12_ years.
Currently, I am the ___BUYER___ for _MAINSTREET, DIV OF_
_FEDERATED_ , a _DEPARTMENT_ store, and I am
responsible for _TOWELS, RUGS, & BATH ACCESSORIES_
_____ .


During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.


As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.


It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

(38)

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_Terri L. Lane_
Signature

_TERRI L LANE_
Name Printed

_8/3/87_
Date

Exhibit 8

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF          )
CLM DESIGN, INC. (d/b/a        )
Son International)             )     Janice O'Lear
                              )     Trademark Attorney
                              )
                              )     Law Office V
                              )
FOR: ROUND BEACH TOWEL DESIGN  )


DECLARATION

I have been involved in the retail store industry for _28_ years.
Currently, I am the _Divisonal Mdse Mgr_ for _Jacobson_
_Stores In._, a _Retail_ store, and I am
responsible for _Merchandise of the Home_
_Textile departments_.


During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.


As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.


It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

MYONG CHU
Name Printed

7/31/87
Date

42

Exhibit 9

( 43)

MAY CO - Clevelan

IN TH: JNITED STATES PATENT AND T...DEMARK OFFICE

IN RE APPLICATION OF                )
CLM DESIGN, INC. (d/b/a             )
Son International)                   )     Janice O'Lear
                                    )     Trademark Attorney
                                    )
                                    )     Law Office V
                                    )
FOR: ROUND BEACH TOWEL DESIGN       )

DECLARATION

I have been involved in the retail store industry for _8_ years.
Currently, I am the ___BUYER___ for _TOWELS/BATH SHOP/_
___LINENS___, a ___DEPARTMENT___ store, and I am
responsible for _SALES, GROSS MARGIN, ADVERTISING AND_
_DISTRIBUTION._ .

During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.

As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.

It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

(44)

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

_____
Name Printed   BRETT ELLIOTT

_____
Date   8-21-89





4/6

Exhibit 10

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

```
IN RE APPLICATION OF          )
CLM DESIGN, INC. (d/b/a        )
Son International)             )      Janice O'Lear
                              )      Trademark Attorney
                              )
                              )      Law Office V
                              )
FOR: ROUND BEACH TOWEL DESIGN  )
```

DECLARATION

I have been involved in the retail store industry for _2_ years.

Currently, I am the _Buyer_ for _Formula K Ent. –_ and _Shirts & Stuff, Horizons East_, a _Clothing + Beachwear_ store and I am responsible for _all buying and merchandising and marketing_.

During my years in the retail store industry, I have become familiar with many towels and other textile products, and, in particular, beach towels.

As a result of my work experience, I am familiar with beach towels which have a round shape, and it is my belief and understanding that these beach towels having this particular configuration are manufactured by a single source.

It is my belief and understanding that the round shape of a beach towel has acquired in the retail store industry the ability to distinguish the CLM Design, Inc. (d/b/a Son International) brand beach towel from other beach towels.

47

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_____
Signature

DARRYL  J.  CASE
Name Printed

8/14/87
Date

48

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

```
IN RE APPLICATION OF              )
CLM DESIGN, INC. (d/b/a           )
Son International)                 )        Janice O'Lear
                                   )        Trademark Attorney
                                   )
                                   )        Law Office V
                                   )
FOR: ROUND BEACH TOWEL DESIGN      )
```

## DECLARATION

I have been involved in the retail store industry for <u>3</u> years. Currently, I am the ___owner___ for ___THE STARTING___ ___LINE___, a ___sporting goods___ store, and I am responsible for ___buying, etc.___ _____ .


During my years in the retail store industry, I have become familiar with many towels and other textile products, and, in particular, beach towels.


As a result of my work experience, I am familiar with beach towels which have a round shape, and it is my belief and understanding that these beach towels having this particular configuration are manufactured by a single source.


It is my belief and understanding that the round shape of a beach towel has acquired in the retail store industry the ability to distinguish the CLM Design, Inc. (d/b/a Son International) brand beach towel from other beach towels.

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_____
Signature

DOUGLAS BROWN
Name Printed

8/6/87
Date

62

57

Exhibit 11

Exhibit 12

52

IN Th. UNITED STATES PATENT AND '..ADEMARK OFFICE

IN RE APPLICATION OF          )
CLM DESIGN, INC. (d/b/a        )
Son International)             )        Janice O'Lear
                              )        Trademark Attorney
                              )
                              )        Law Office V
                              )
FOR: ROUND BEACH TOWEL DESIGN  )

DECLARATION

I have been involved in the retail store industry for _7_ years.
Currently, I am the _COMTROLLER_ for _ALVIN'S STORES INC._
_____, a _GIFT & SPORTSWEAR_ store, and I am
responsible for _OFFICE PROCEDURES_ _AND HANDLE_
_SOME BUYING OF MERCH_.

During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.

As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.

It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

53

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

MIKE WALSINGHAM
Name Printed

8-3-87
Date

54

Exhibit 13

55

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF            )
CLM DESIGN, INC. (d/b/a          )
Son International)               )     Janice O'Lear
                                )     Trademark Attorney
                                )
                                )     Law Office V
                                )
FOR: ROUND BEACH TOWEL DESIGN   )


DECLARATION

I have been involved in the retail store industry for  1  years.

Currently, I am the  OWNER/BUYER  for  SAILOR'S

WAREHOUSE  , a  SAILBOARD  store, and I am

responsible for  EVERYTHING THAT NEEDS DOING.

_____.


During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.


As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.


It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

KIMBERLY A. EISS
_____
Name Printed

July 30, 1987
_____
Date

57

Exhibit 14

IN THE UNITED STATES PATENT AND T...DEMARK OFFICE

IN RE APPLICATION OF          )
CLM DESIGN, INC. (d/b/a        )
Son International)             )     Janice O'Lear
                              )     Trademark Attorney
                              )
                              )     Law Office V
                              )
FOR: ROUND BEACH TOWEL DESIGN  )


DECLARATION

I have been involved in the retail store industry for *11* years. Currently, I am the *PRESIDENT* for *MAKING WAVES, INC.*, a *BEACHWEAR SPECIALTY* store, and I am responsible for *BUYING, SALES AND PROMOTIONS*.


During my years in the retail store industry, I have become familiar with many towels and other textile products, and, in particular, beach towels.

As a result of my work experience, I am familiar with beach towels which have a round shape, and it is my belief and understanding that these beach towels having this particular configuration are manufactured by a single source.

It is my belief and understanding that the round shape of a beach towel has acquired in the retail store industry the ability to distinguish the CLM Design, Inc. (d/b/a Son International) brand beach towel from other beach towels.

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_____
Signature

SUSAN  M.  ANTEZANA
Name Printed

7/31/87
Date

60

Exhibit 15

61

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF                )
CLM DESIGN, INC. (d/b/a              )
Son International)                   )        Janice O'Lear
                                    )         Trademark Attorney
                                    )
                                    )         Law Office V
                                    )
FOR: ROUND BEACH TOWEL DESIGN       )


DECLARATION

I have been involved in the retail store industry for _6_ years. Currently, I am the _Head Buyer/Mgr_ for _Ocean Marine,/ Ski Reliance_, a _Surf/Ski_ store, and I am responsible for _purchases, management duties, and merchandising_.


During my years in the retail store industry, I have become familiar with many towels and other textile products, and, in particular, beach towels.


As a result of my work experience, I am familiar with beach towels which have a round shape, and it is my belief and understanding that these beach towels having this particular configuration are manufactured by a single source.


It is my belief and understanding that the round shape of a beach towel has acquired in the retail store industry the ability to distinguish the CLM Design, Inc. (d/b/a Son International) brand beach towel from other beach towels.

62

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

_____
Name Printed

_____
Date

63

Exhibit 16

IN TH. UNITED STATES PATENT AND ˅…ADEMARK OFFICE

| | | |
|---|---|---|
| IN RE APPLICATION OF | ) | |
| CLM DESIGN, INC. (d/b/a | ) | |
| Son International) | ) | Janice O'Lear |
| | ) | Trademark Attorney |
| | ) | |
| | ) | Law Office V |
| | ) | |
| FOR: ROUND BEACH TOWEL DESIGN | ) | |

DECLARATION

I have been involved in the retail store industry for *14* years.
Currently, I am the ___*OWNER*___ for *FANCY*
*PANTS*___, a ___*RETAIL*___ store, and I am
responsible for ___*BUYING & PAYING, ETC.*___
_____.

During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.

As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.

It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

65

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

_____
Name Printed

_____
Date

66

Exhibit 17

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF          )
CLM DESIGN, INC. (d/b/a        )
Son International)             )          Janice O'Lear
                              )          Trademark Attorney
                              )
                              )          Law Office V
                              )
FOR: ROUND BEACH TOWEL DESIGN  )

DECLARATION

I have been involved in the retail store industry for _5_ years.
Currently, I am the _Owner_ of _The Babe Cave_
_____, a _Active Beach Wear_ store, and I am
responsible for _overseeing the managers of_
_seven stores, and a buyer_.

During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.

As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.

It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

68

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel

in a round shape identifies the CLM Design, Inc. (d/b/a Son

International) brand beach towel, and it is my understanding and

belief that it is unique since to my knowledge no competitive

product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM

Design, Inc. (d/b/a Son International) brand beach towel from a

distance at which a normal person would be unable to read a

label or name appearing on the beach towel.

It is my understanding and belief that any towel having the

configuration of a round shape will come from the same source

and would be of equal quality with other products from that

same source.

_____
Signature

_____
Name Printed

_____
Date

80                                    69

Exhibit 18

70

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF           )
CLM DESIGN, INC. (d/b/a        )
Son International)             )        Janice O'Lear
                              )        Trademark Attorney
                              )
                              )        Law Office V
                              )
FOR: ROUND BEACH TOWEL DESIGN  )

DECLARATION

I have been involved in the retail store industry for __6__ years.
Currently, I am the ___Buyer_____ for __W W  Bed Bath
Linens and Gifts___, a _____retail_____ store, and I am
responsible for ___just about everything!_____
_____.


During my years in the retail store industry, I have become
familiar with many towels and other textile products, and, in
particular, beach towels.


As a result of my work experience, I am familiar with beach towels
which have a round shape, and it is my belief and understanding
that these beach towels having this particular configuration are
manufactured by a single source.


It is my belief and understanding that the round shape of a beach
towel has acquired in the retail store industry the ability to
distinguish the CLM Design, Inc. (d/b/a Son International) brand
beach towel from other beach towels.

71

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)


The overall visual impression of the configuration of a beach towel
in a round shape identifies the CLM Design, Inc. (d/b/a Son
International) brand beach towel, and it is my understanding and
belief that it is unique since to my knowledge no competitive
product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM
Design, Inc. (d/b/a Son International) brand beach towel from a
distance at which a normal person would be unable to read a
label or name appearing on the beach towel.

It is my understanding and belief that any towel having the
configuration of a round shape will come from the same source
and would be of equal quality with other products from that
same source.

_____
Signature

Winifred Ferro
_____
Name Printed

8-1-87
_____
Date

Exhibit 19

73

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF          )
CLM DESIGN, INC. (d/b/a        )
Son International)             )        Janice O'Lear
                              )        Trademark Attorney
                              )
                              )        Law Office V
                              )
FOR: ROUND BEACH TOWEL DESIGN  )


DECLARATION

I have been involved in the retail store industry for _6_ years.

Currently, I am the _assistant manager/buyer_ for _The Skier's Edge,_

_Inc_____, a _ski specialty (winter)__ store, and I am
              _surfwear (summer)_

responsible for _the products carried, sales, displays, etc_

_____.

_somewhat_ { During my years in the retail store industry, I have become

familiar with many towels and other textile products, and, in

particular, beach towels.


As a result of my work experience, I am familiar with beach towels

which have a round shape, and it is my belief and understanding

that these beach towels having this particular configuration are

manufactured by a single source.


It is my belief and understanding that the round shape of a beach

towel has acquired in the retail store industry the ability to

distinguish the CLM Design, Inc. (d/b/a Son International) brand

beach towel from other beach towels.

74

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)


The overall visual impression of the configuration of a beach towel

in a round shape identifies the CLM Design, Inc. (d/b/a Son

International) brand beach towel, and it is my understanding and

belief that it is unique since to my knowledge no competitive

product has a similar shape or configuration.


The configuration of a round beach towel identifies the CLM

Design, Inc. (d/b/a Son International) brand beach towel from a

distance at which a normal person would be unable to read a

label or name appearing on the beach towel.


It is my understanding and belief that any towel having the

configuration of a round shape will come from the same source

and would be of equal quality with other products from that

same source.


_Corinne Koich_
Signature

_Corinne Koich_
Name Printed

_11 August 1987_
Date


P.S. And speaking as a California beach girl, I think they're terrific.


76

Exhibit 20

76

IN TH. JNITED STATES PATENT AND 7...DEMARK OFFICE

IN RE APPLICATION OF           )
CLM DESIGN, INC. (d/b/a         )
Son International)              )     Janice O'Lear
                               )     Trademark Attorney
                               )
                               )     Law Office V
                               )
FOR: ROUND BEACH TOWEL DESIGN   )

## DECLARATION

I have been involved in the retail store industry for _1_ years. Currently, I am the ___Buyer___ for ___Kinetic Sports___ _____, a ___Beachwear Sports___ store, and I am responsible for ___the buying of new products___.

_____.

During my years in the retail store industry, I have become familiar with many towels and other textile products, and, in particular, beach towels.

As a result of my work experience, I am familiar with beach towels which have a round shape, and it is my belief and understanding that these beach towels having this particular configuration are manufactured by a single source.

It is my belief and understanding that the round shape of a beach towel has acquired in the retail store industry the ability to distinguish the CLM Design, Inc. (d/b/a Son International) brand beach towel from other beach towels.

Page Two
Trademark Declaration
CLM Design, Inc.
(d/b/a Son International)

The overall visual impression of the configuration of a beach towel in a round shape identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel, and it is my understanding and belief that it is unique since to my knowledge no competitive product has a similar shape or configuration.

The configuration of a round beach towel identifies the CLM Design, Inc. (d/b/a Son International) brand beach towel from a distance at which a normal person would be unable to read a label or name appearing on the beach towel.

It is my understanding and belief that any towel having the configuration of a round shape will come from the same source and would be of equal quality with other products from that same source.

_____
Signature

_____
Name Printed    LISA ANN MARTIN

_____
Date    8/18/7

78

Exhibit 21