# EXHIBIT 9

Case 1:08-cv-01313 Document 14-10 Filed 05/16/2008 Page 1 of 2



| UNITED STATES  ARTMENT OF COMMERCE |
|---|
| Patent and Trademark Office |

| SERIAL NO. | APPLICANT | | 5. PAPER NO. |
|---|---|---|---|
| 73/627482 | CLM DESIGN, INC. | | |
| **MARK** | | | Commissioner of Patents and Trademarks Washington, D.C. 20231 |
| MISCELLANEOUS DESIGN | | | |
| **ADDRESS** | | **ACTION NO.** | The address of all correspondence not containing fee payments should include the words "Box 5" |
| NEUMAN, WILLIAMS, ANDERSON ET. AL. | | 02 | |
| 77 WEST WASHINGTON STREET | | **MAILING DATE** | Please furnish the following in all correspondence: |
| CHICAGO, ILLINOIS  60602 | | 10/16/87 | 1. Your telephone number and zip code. 2. Mailing date of this action. 3. Examining Attorney's name and Law Office number. |
| FORM PTO-1525 (2-84)  U.S. DEPT. OF COMM. PAT. & TM OFFICE | | | |

### TRADEMARK INTERVIEW AND AMENDMENT RECORD

| EXAMINING ATTORNEY | PERSON CALLED/INTERVIEWED | |
|---|---|---|
| Janice O'Lear | Raymond N. Nimrod, Esq. | ☐ APPLICANT ☒ ATTORNEY |
| ☐ PERSONAL INTERVIEW     ☒ PHONE CALL | **INTERVIEW DATE:** October 13, 1987 | |
| **CALL RECORD** | AREA CODE | PHONE NUMBER |
| Re: Further evidence of secondary meaning under Section 2(f). | 312 | 346-1200 |

1. ☒ **PRIORITY ACTION:** You have two months from the above mailing date to submit the items listed below for this case to be given priority as an amended case. If you do not respond within two months, a proper response still must be made within SIX MONTHS from the mailing date in order to avoid ABANDONMENT.

2. ☐ **EXAMINER'S AMENDMENT:** In accordance with the authorization granted by the above applicant or attorney, the application has been amended as noted below. No response is necessary unless you object to the amendment.

1. Applicant shall submit a videotape of the television commercials which promote Applicant's round beach towel.

2. Applicant must also submit sales and advertising figures for the towel.

| Examining Attorney  Janice O'Lear | Law Office  5 | (703) 557- 5380  Phone |
|---|---|---|

PTO-1396 (Rev. 1-83)                                                          U.S. DEPARTMENT of COMMERCE-Patent and Trademark Office