# EXHIBIT 11



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

| SERIAL NO. | APPLICANT | 5. PAPER NO. |
|---|---|---|
| 73/627482 | CLM DESIGN, INC. | 11 |

| MARK |
|---|
| MISCELLANEOUS DESIGN |

| ADDRESS | ACTION NO. | Commissioner of Patents and Trademarks Washington, D.C. 20231 |
|---|---|---|
| NEUMAN, WILLIAMS, ANDERSON ET. AL. 77 WEST WASHINGTON STREET CHICAGO, ILLINOIS 60602 | 03 | The address of all correspondence not containing fee payments should include the words "Box 5" |
| | MAILING DATE 01/29/88 | Please furnish the following in all correspondence: 1. Your telephone number and zip code. 2. Mailing date of this action. 3. Examining Attorney's name and Law Office number. |

FORM PTO-1525 (2-84)   U.S. DEPT. OF COMM. PAT. & TM OFFICE

**TRADEMARK INTERVIEW AND AMENDMENT RECORD**

| EXAMINING ATTORNEY | PERSON CALLED/INTERVIEWED | |
|---|---|---|
| JANICE O'LEAR | Raymond M. Nimrod, Esq. | ☐ APPLICANT ☒ ATTORNEY |

☐ PERSONAL INTERVIEW   ☒ PHONE CALL   INTERVIEW DATE: Jan 28 1988

CALL RECORD: Prior 2(e) refusal (configuration of the goods) is hereby withdrawn based on extensive 2(f) evidence (of distinctiveness).

AREA CODE: 312   PHONE NUMBER: 346-1200

1. ☐ **PRIORITY ACTION:** You have two months from the above mailing date to submit the items listed below for this case to be given priority as an amended case. If you do not respond within two months, a proper response still must be made within SIX MONTHS from the mailing date in order to avoid ABANDONMENT.

2. ☒ **EXAMINER'S AMENDMENT:** In accordance with the authorization granted by the above applicant or attorney, the application has been amended as noted below. No response is necessary unless you object to the amendment.

1. The name of the Applicant shall be amended to read, "CLM Design, Inc. DBA Sons, Inc."

2. No other party claims any right or interest in the mark.

Examining Attorney: JANICE O'LEAR   Law Office   (703) 557-5380 Phone

PTO-1398 (Rev. 1-83)   U.S. DEPARTMENT of COMMERCE-Patent and Trademark Office

119