# EXHIBIT 13

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: | CLM Design, Inc., dba Sons, Inc. |
| Serial No.: | 627,482 |
| Filed: | October 29, 1986 |
| Mark: | Circle Design |
| Class: | U.S. 42 |
| Published: | April 5, 1988 |
| Our Ref: | SPR USA TC-88/2458 |

Time for filing a notice of opposition is extended to JUN 0 6 1988

Trademark Trial and Appeal Board

REQUEST FOR EXTENSION OF TIME

Hon. Commissioner of
    Patent and Trademarks
Washington, D.C.  20231

Sir:

Potential Opposer, Springs Industries, Inc., a corporation organized and existing under the laws of the State of Delaware, with offices located at 205 North White Street, Fort Mill, South Carolina, respectfully requests a thirty-day extension of time for filing an opposition in the above matter so as to expire on June 4, 1988.  Additional time is required to make a dtermination as to whether opposition is warranted.

Respectfully submitted,

MICHAEL I. DAVIS
Attorney for Potential Opposer

Date:  May 5, 1988

Weiss Dawid Fross Zelnick & Lehrman, P.C.
750 Third Avenue
New York, New York  10017
(212) 953-9090



CERTIFICATE OF MAILING

    I hereby certify this correspondence is being deposited with the United States Postal Service as first class mail in an enevelope addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231, on _May 5, 1988_.

_____
MICHAEL I. DAVIS

Date of Signature: _May 5, 1988_

123

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of      :
                          :
CLM Design, Inc., dba Sons, Inc. :
                          :
Serial No.: 627,482       :
                          :
Filed: October 29, 1986   :
                          :
Mark: Circle Design       :
                          :
Class: 24 (U.S. 42)       :
                          :
Published: April 5, 1988  :
                          :
Our Ref: SPR USA TC-88/2458 :

WITHDRAWAL OF REQUEST FOR EXTENSION OF TIME TO OPPOSE

Hon. Commissioner of Patents and Trademarks
Washington, D.C.   20231

S I R :

Potential Opposer, Springs Industries, Inc., a corporation organized and existing under the laws of the State of Delaware, with offices located at 205 North White Street, Fort Mill, South Carolina, hereby withdraws the request for a thirty-day extension of time for filing an opposition in the above matter that it filed on May 6, 1988. Potential opposer has determined that it will not file an opposition.

Dated: New York, New York
       May 24, 1988

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on ....May..24,..1988......
     (Date of Deposit)
....David Ehrlich...............

       [signature]
....May 24, 1988.....
    Date of Signature

spr-wdrq

Respectfully submitted,

WEISS DAWID FROSS ZELNICK
& LEHRMAN, P.C.

By: [signature] David Ehrlich
    David Ehrlich
    Attorneys for Potential Opposer
    750 Third Avenue
    New York, New York   10017
    (212) 953-9090