# EXHIBIT 14

Int. Cl.: 24

Prior U.S. Cl.: 42

**United States Patent and Trademark Office**  Reg. No. 1,502,261
Registered Aug. 30, 1988

## TRADEMARK
### PRINCIPAL REGISTER



CLM DESIGN, INC. (ILLINOIS CORPORATION), DBA SONS, INC.
SUITE NO. 1
8217 BEVERLY BOULEVARD
BEVERLY HILLS, CA 90048

FOR: BEACH TOWELS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 8-15-1985; IN COMMERCE 2-14-1986.
THE MARK CONSISTS OF A CONFIGURATION OF A ROUND BEACH TOWEL.
SEC. 2(F).

SER. NO. 627,482, FILED 10-29-1986.

JANICE O'LEAR, EXAMINING ATTORNEY

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments:** 1

| | | | |
|---|---|---|---|
| **Serial #:** 73627482 | **Filing Dt:** 10/29/1986 | **Reg #:** 1502261 | **Reg. Dt:** 08/30/1988 |

**Registrant:** CLM DESIGN, INC.
**Mark:**

**Assignment: 1**

**Reel/Frame:** 3572/0346   **Received:** 07/02/2007   **Recorded:** 07/02/2007   **Pages:** 4
**Conveyance:** NUNC PRO TUNC ASSIGNMENT
**Assignor:** CLM DESIGN, INC.   **Exec Dt:** 06/29/2007
  **Entity Type:** CORPORATION
  **Citizenship:** ILLINOIS
**Assignee:** FRANEK, CLEMENS E.   **Entity Type:** INDIVIDUAL
4601 POST RD.   **Citizenship:** UNITED STATES
EAST GREENWICH, RHODE ISLAND 02818
**Correspondent:** ELAYNA T. PHAM
919 THIRD AVENUE
37TH FLOOR
NEW YORK, NY 10022

Search Results as of: 05/13/2008 02:08 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Trademark.com Report
© 2002 trademark.com

**Reference:** unnamed
**Database(s):** Federal
**All Owner:** *clm design*

1 record. 

## Table of Contents         Preferences        Final Report Format

### Federal
1. 73-627482        (Design only)    Registered    FRANEK, CLEMENS E.

Return to Table of Contents

## Record 1



| | |
|---|---|
| Mark | (Design only) |
| Status | Registered |
| Status Date | Feb 2, 1994 |
| Register | Principal Sec 2 f |
| Ser./App. No. | 73-627482 |
| Registration No. | 1502261 |
| Int'l Class | 24 - Fabrics |
| Goods/Services | BEACH TOWELS |
| U.S. Class | 42 |
| 1st Use | Aug 15, 1985 |
| Commerce Use | Feb 14, 1986 |
| Filing Date | Oct 29, 1986 |
| Published (Last) | Apr 5, 1988 |
| Registered | Aug 30, 1988 |
| Affidavits | Sec. 8 accepted. Sec. 15 acknowledged. |
| Design Codes | 260102 - Circles, plain single line |

```
Description        THE MARK CONSISTS OF A CONFIGURATION OF A ROUND BEACH
                   TOWEL.

TTAB Proceeding    Cancellation 17437
  Plaintiff        ALAIN D. BOICE
    Mark           NO MARK PLEADED
    Correspondt    DAVID B. NEWMAN, JR., 932 HUNGERFORD DRIVE, SUITE
                   35-A, ROCKVILLE, MD 20850
  Filed            Sep 9, 1988
  Status           Terminated  Jun 15, 1991
  Decision         Dismissed with Prejudice

Correspondent      RAYMOND N. NIMROD
                   JENNER & BLOCK
                   330 N. WABASH ONE IBM PLAZA
                   CHICAGO IL 60611

Applicant          CLM DESIGN, INC., DBA SONS, INC. (IL CORP.)
                   SUITE NO. 1 8217 BEVERLY BOULEVARD
                   BEVERLY HILLS, CA 90048

Registrant         FRANEK, CLEMENS E. (UNITED STATES INDIVIDUAL)
                   4601 POST RD.
                   EAST GREENWICH, RI 02818

ASSIGNMENTS

  Reel/Frame       3572/0346
  Assignor(s)      CLM DESIGN, INC. (ILLINOIS CORPORATION)
  Assignee(s)      FRANEK, CLEMENS E. (UNITED STATES INDIVIDUAL), 4601
                   POST RD., EAST GREENWICH, RHODE ISLAND, 02818
  Correspondt      ELAYNA T. PHAM, 919 THIRD AVENUE, 37TH FLOOR, NEW
                   YORK, NY 10022
  Date Sgnd/Ack    Jun 29, 2007
  Date Recorded    Jul 2, 2007
  Brief            NUNC PRO TUNC ASSIGNMENT EFFECTIVE 1311994

Action History     Mar 24, 2008      NOTICE OF SUIT
                   Jul 4, 2007       AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP
                   Aug 5, 2005       TEAS CHANGE OF CORRESPONDENCE RECEIVED
                   Feb 2, 1994       REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15
                   ACK.
                   Sep 1, 1993       REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED
                   Jun 15, 1991       CANCELLATION TERMINATED NO. 999999
                   Feb 22, 1991       CANCELLATION DISMISSED NO. 999999
                   Nov 9, 1988        CANCELLATION INSTITUTED NO. 999999
                   Aug 30, 1988       REGISTERED-PRINCIPAL REGISTER
                   Apr 5, 1988       PUBLISHED FOR OPPOSITION
                   Mar 4, 1988       NOTICE OF PUBLICATION
                   Feb 2, 1988       APPROVED FOR PUB - PRINCIPAL REGISTER
                   Jan 29, 1988       EXAMINERS AMENDMENT MAILED
                   Dec 21, 1987        CORRESPONDENCE RECEIVED IN LAW OFFICE
                   Oct 16, 1987        NON-FINAL ACTION MAILED
                   Oct 13, 1987        ALLOWANCE/COUNT WITHDRAWN
                   Sep 24, 1987       CORRESPONDENCE RECEIVED IN LAW OFFICE
                   Mar 20, 1987       NON-FINAL ACTION MAILED
                   Feb 20, 1987       ASSIGNED TO EXAMINER
```

Return to Table of Contents