# EXHIBIT 21

Case 1:08-cv-01313 Document 14-22 Filed 05/16/2008 Page 1 of 2

## AT IS A SONSPOT

*The Sonspot is the world's greatest beach towel - it's six feet <u>round</u>

*Changing the face of beaches all over the world, the Sonspot is considered the most radical beach fashion item since the bikini

## NOW WHEN THE SUN MOVES, YOUR TOWEL DOESN'T HAVE TO

*The round shape eliminates the need to constantly get up and move your towel as the sun moves across the sky. Instead merely reposition yourself

*A 6-foot round towel keeps the sun worshipper completely off the sand, grass, pool etc.

## ONE FOR LYING, ONE FOR DRYING

*The round Sonspot is packaged with a 24" by 48" rectangular towel which is coordinated in style and design

*Both towels are high quality, plush velours. Made of 100% cotton the ensemble is made in Brazil and comes in jacquard designs

## YOUR SPOT OR MINE

*The unique process required to manufacture the round Sonspot took over two years in the making, but has been perfected by Son International

*Both the name and the <u>round shape</u> of the Sonspot are trademarks of Son International. <u>Patent pending</u>. We have gone to painstaking lengths and have successfully protected ourselves and our customers from "knockoffs"

## BOUND TO BE ROUND

*Full time public relations/promotions staff is headed by Vice President Woody Harrelson, star of the hit TV show <u>Cheers</u>

*Upcoming stories and pictorials are scheduled in numerous fashion magazines (e.g. GQ, Elle) and other national publications (e.g. People, USA Today etc.)

*Son International PR staff willing to coordinate newspaper stories locally with each retailers introduction of the Sonspot

*Sonspot ensemble is available for $19.90 and can be ordered by contacting:

SON INTERNATIONAL
8217 BEVERLY BLVD
L.A., CA 90048
1-800-24TOWEL

PETITIONER'S EXHIBIT 7