# EXHIBIT 24

Case 1:08-cv-01313  Document 14-25  Filed 05/16/2008  Page 1 of 2



# T CALIFORNIA

State of mind. State of hysteria. State of the art of trendy toys, goofy gadgets and mad, made-for-the-sun style. That's why we love it. And these California playthings.

PETITIONER'S EXHIBIT

### L.A. LOCKS
Love the look of L.A. locks? They're yours courtesy of Dep's new L.A. Looks Styling Line which includes gel, mousse, spritzer, spray and extra volume styling liquid. Olé L.A. We like your hair style!





### SUMMER CAMP
If the sweet scent of Camp Beverly Hills is what wafts from your Jag, consider they've added a Body Mousse and Bath Powder for summer cooling. And just check the package. That's cool! The brush? Awesome!

### INSTANT TAN
If you want the California look but wouldn't dream of risking sun damage, just pop the lid on Shiseido's Compact Foundation. Used wet or dry (and applied with its own sponge), it gives the safe illusion of a month in the sun.



### SUNSPOT
What's this? A Sonspot and no, it isn't a typo. It's the world's first *round* beach towel, designed by L.A.'s Son International, whipped up by Springmaid. Why round? Aren't *you* tired of turning your towel to face the sun? Now you needn't.



PETITIONER'S EXHIBIT 14