# EXHIBIT 26

Attorney Docket:  BOIC-002

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### TRADEMARK TRIAL AND APPEALS BOARD

ALAIN D. BOICE                               :

    Petitioner                         :
                                      :

         v.                                :          Cancellation No.  17,437

CLM DESIGN, INC.                             :          Reg. No. 1,502,261

    Respondent                         :

                                        :

The Honorable Commissioner of
    Patents & Trademarks
Washington, D.C. 20231



PETITIONER'S
EXHIBIT
6

Sir:

## AFFIDAVIT OF GLORIA L. BOWEN

STATE OF MARYLAND    )
                        )SS.
COUNTY OF MONTGOMERY)

    I, Gloria L. Bowen, a citizen of the United States, having been duly sworn, state as follows:

    1.    I visited CLM Design, Inc. on February 10, 1989, in Los Angeles, California.

    2.    During my visit I met Mr. Clem Franek.

-1-

3.    Mr. Franek stated to me that only CLM Design was allowed to make, use or sell the round beach towel, because of their trademark on the round beach towel.

4.    Mr. Franek stated to me that the old fashion way of getting up and moving and turning a rectangular towel was no longer necessary.  With the round towel, as stated by Mr. Franek, a person need only rotate the body without moving the towel.

5.    Mr. Franek stated to me that the CLM Design, Inc. will make $10 million this year, 1989, from sales of the round towel.

IN TESTIMONY WHEREOF, I have hereunto set my hand.

County of _Montgomery_

State of _Maryland_

Subscribed and sworn to before me this _31_ day of _March_, _1989_.

_Gloria L. Bowen_

Gloria L. Bowen

Date _3·31·89_

_Leslie A. Snyder_

Notary Public

SEAL    LESLIE A. SNYDER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 1, 1990