# EXHIBIT C

**EXHIBIT C**　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 3

Cases in which Robert John Anders has testified as an Expert Witness during the last four years

| Case | Court | Type of Testimony |
| --- | --- | --- |
| [Viad Corp., D/B/A Exhibitgroup/Giltspur], v. Stak Design, Inc. Civil Action Case No. 6:04 – CV – 407 | United States District Court Eastern District of Texas Tyler Division | Deposition Trial: Motion for Preliminary Injunction |
| [Michelle B. Taubenblat], v. Polo Ralph Lauren Corp., and Federated Department Stores d/b/a Bloomingdales. Index No. 122291/00 | Supreme Court of the State of New York, County of New York | Trial |
| [Briana Andrews], v. Bush Industries, Inc., Telerent Leasing Corporation, Hau Furniture Rental & Sales, Inc., GDLJ Enterprises, Inc., d/b/a Corporate Accommodations. 03 CVS 001274 | In The General Court of Justice Superior Court Division North Carolina, Alamance County | Deposition |
| [Textron Innovations Inc., and E-Z-GO (A Division of Textron Inc.)], v. Fairplay Electric Cars, LLC. Civil Action No. CV 106-009 | United States District Court Southern District of Georgia | Trial: Motion for Temporary Restraining Order |

| **EXHIBIT C** | | Page 2 of 3 |
|---|---|---|
| Case | Court | Type of Testimony |
| Allen Commercial Industries, Inc., West American Insurance Co. The Ohio Casualty Insurance Co., v. [W.W. Grainger Inc., and Lasko Products, Inc.] 05-61441-CIV Moreno-Simonton | United States District Court Southern District of Florida Miami Division | Deposition |
| Wenger Corporation, v. [Jim Melhart, and Jim Melhart Piano & Organ Company, Inc., D/B/A Melhart Music Center] Civil Action No. M-05-359 | United States District Court Southern District of Texas McAllen Division | Deposition |
| [Diane S. Layne], v. Wal-Mart Stores East, LP Civil Action No.: 4:06CV00025 | United States District Court Western District of Virginia Danville Division | Deposition |
| [Spectrum Creations LP], v. Carolyn Kinder International, LLC & The Uttermost Company Civil Action No.: SA-05-CA-0750-XR | United States District Court Western District of Texas San Antonio Division | Deposition, Hearing: Daubert Motion, Trial |
| [Sergio Vazzquez], v. Pep Boys, et al Cause No. 2005-01-287-A | District Court of Cameron County, Texas 107th Judicial District | Deposition, Trial |

| | | Page 3 of 3 |
|---|---|---|
| **EXHIBIT C** | | |
| Case | Court | Type of Testimony |
| Daniel J. Cavanagh, v. [Sunbelt Materials Handling, Inc.] Index No.: 03-3377 | Supreme Court of the State of New York County of Ulster | Trial |
| Lusa Lighting Intl., Inc., v. [American Elex, Inc.]. SACV 07-674 DOC (MLGx) | United States District Court Central District of California | Deposition |
| [Dexas International, Ltd.,] v. Saunders Mfg. Co., Inc., Civil Action No. 3-07CV-0296L | United States District Court Northern District of Texas Dallas Division | Deposition |
| [Ashley Furniture Industries, Inc.] v. Lifestyle Enterprise, Inc., Civil File No. 07-C-0230-C | United States District Court Western District of Wisconsin | Deposition |
| HR US LLC v. Mizco International, Inc., and Albert Mizrahi. Civil Action No.: CV 07-2394 (ERK) (JO) | United States District Court Eastern District of New York Brooklyn Division | Deposition |