# EXHIBIT D

Int. Cl.: 24

Prior U.S. Cl.: 42

**United States Patent and Trademark Office**　Reg. No. 1,502,261
Registered Aug. 30, 1988

## TRADEMARK
### PRINCIPAL REGISTER



CLM DESIGN, INC. (ILLINOIS CORPORATION), DBA SONS, INC.
SUITE NO. 1
8217 BEVERLY BOULEVARD
BEVERLY HILLS, CA 90048

FOR: BEACH TOWELS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 8–15–1985; IN COMMERCE 2–14–1986.

THE MARK CONSISTS OF A CONFIGURATION OF A ROUND BEACH TOWEL.

SEC. 2(F).

SER. NO. 627,482, FILED 10–29–1986.

JANICE O'LEAR, EXAMINING ATTORNEY





United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**
**Serial #:** 73627482    **Filing Dt:** 10/29/1986    **Reg #:** 1502261    **Reg. Dt:** 08/30/1988
**Registrant:** CLM DESIGN, INC.
**Mark:**

**Assignment: 1**
**Reel/Frame:** 3572/0346    **Received:** 07/02/2007    **Recorded:** 07/02/2007    **Pages:** 4
**Conveyance:** NUNC PRO TUNC ASSIGNMENT
**Assignor:** CLM DESIGN, INC.    **Exec Dt:** 06/29/2007
   **Entity Type:** CORPORATION
   **Citizenship:** ILLINOIS
**Assignee:** FRANEK, CLEMENS E.    **Entity Type:** INDIVIDUAL
4601 POST RD.    **Citizenship:** UNITED STATES
EAST GREENWICH, RHODE ISLAND 02818
**Correspondent:** ELAYNA T. PHAM
919 THIRD AVENUE
37TH FLOOR
NEW YORK, NY 10022

Search Results as of: 05/13/2008 02:08 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

**Reference:** unnamed
**Database(s):** Federal
**All Owner:** *clm design*

1 record. 
Search

## Table of Contents       Preferences       Final Report Format

### Federal
1. 73-627482       (Design only)    Registered    FRANEK, CLEMENS E.

Return to Table of Contents

## Record 1



```
Mark                (Design only)

Status              Registered
Status Date         Feb 2, 1994
Register            Principal Sec  2 f

Ser./App. No.       73-627482
Registration No.    1502261

Int'l Class         24 - Fabrics
Goods/Services      BEACH TOWELS
U.S. Class          42
1st Use             Aug 15, 1985
Commerce Use        Feb 14, 1986

Filing Date         Oct 29, 1986
Published (Last)    Apr 5, 1988
Registered          Aug 30, 1988

Affidavits          Sec. 8 accepted. Sec. 15 acknowledged.

Design Codes        260102 - Circles, plain single line
```

| | |
|---|---|
| Description | THE MARK CONSISTS OF A CONFIGURATION OF A ROUND BEACH TOWEL. |
| TTAB Proceeding | Cancellation 17437 |
| Plaintiff | ALAIN D. BOICE |
| Mark | NO MARK PLEADED |
| Correspondt | DAVID B. NEWMAN, JR., 932 HUNGERFORD DRIVE, SUITE 35-A, ROCKVILLE, MD 20850 |
| Filed | Sep 9, 1988 |
| Status | Terminated  Jun 15, 1991 |
| Decision | Dismissed with Prejudice |
| Correspondent | RAYMOND N. NIMROD<br>JENNER & BLOCK<br>330 N. WABASH ONE IBM PLAZA<br>CHICAGO IL 60611 |
| Applicant | CLM DESIGN, INC., DBA SONS, INC. (IL CORP.)<br>SUITE NO. 1 8217 BEVERLY BOULEVARD<br>BEVERLY HILLS, CA 90048 |
| Registrant | FRANEK, CLEMENS E. (UNITED STATES INDIVIDUAL)<br>4601 POST RD.<br>EAST GREENWICH, RI 02818 |

ASSIGNMENTS

| | |
|---|---|
| Reel/Frame | 3572/0346 |
| Assignor(s) | CLM DESIGN, INC. (ILLINOIS CORPORATION) |
| Assignee(s) | FRANEK, CLEMENS E. (UNITED STATES INDIVIDUAL), 4601 POST RD., EAST GREENWICH, RHODE ISLAND, 02818 |
| Correspondt | ELAYNA T. PHAM, 919 THIRD AVENUE, 37TH FLOOR, NEW YORK, NY 10022 |
| Date Sgnd/Ack | Jun 29, 2007 |
| Date Recorded | Jul 2, 2007 |
| Brief | NUNC PRO TUNC ASSIGNMENT EFFECTIVE 1311994 |

| | | |
|---|---|---|
| Action History | Mar 24, 2008 | NOTICE OF SUIT |
| | Jul 4, 2007 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP |
| | Aug 5, 2005 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| | Feb 2, 1994 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| | Sep 1, 1993 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| | Jun 15, 1991 | CANCELLATION TERMINATED NO. 999999 |
| | Feb 22, 1991 | CANCELLATION DISMISSED NO. 999999 |
| | Nov 9, 1988 | CANCELLATION INSTITUTED NO. 999999 |
| | Aug 30, 1988 | REGISTERED-PRINCIPAL REGISTER |
| | Apr 5, 1988 | PUBLISHED FOR OPPOSITION |
| | Mar 4, 1988 | NOTICE OF PUBLICATION |
| | Feb 2, 1988 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| | Jan 29, 1988 | EXAMINERS AMENDMENT MAILED |
| | Dec 21, 1987 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| | Oct 16, 1987 | NON-FINAL ACTION MAILED |
| | Oct 13, 1987 | ALLOWANCE/COUNT WITHDRAWN |
| | Sep 24, 1987 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| | Mar 20, 1987 | NON-FINAL ACTION MAILED |
| | Feb 20, 1987 | ASSIGNED TO EXAMINER |

Return to Table of Contents