# EXHIBIT G

D6-608

FR 399229
APR 1979

FRANCE
Z 399 229
APRIL, 1979


PETITIONER'S EXHIBIT 3

DEVA/ ★        P28                E1665B/19 ★ FR 2399-229
Towel or cloth for hanging from hook - is pref. circular and has loop or hole pref. in centre
DEVALOIS I H, 02.08.77-FR-024148
(06.04.79) A471-19

The towel or cloth suspended from a hook is designed to have the shortest possible hanging length, and is therefore pref. circular (A1). It has one or more attachments (2) for hanging it on a hook and these are preferably situated near the centre (B) of the towel or cloth.

In order to alter the hanging height of the towel or cloth, the position of the attachment, or loop, can be moved from the centre. The attachment can be in the form of a piece of material attached, or a buttonhole in the towel or cloth itself.



2.8.77. as 024148 (4pp318)

RÉPUBLIQUE FRANÇAISE

INSTITUT NATIONAL
DE LA PROPRIÉTÉ INDUSTRIELLE

PARIS

(11) N° de publication : **2 399 229**
(A n'utiliser que pour les commandes de reproduction).

# DEMANDE
# DE BREVET D'INVENTION

(21) N° **77 24148**

(54) Torchon à attache centrale.

(51) Classification internationale (Int. Cl.²).   A 47 L 19/00.

(22) Date de dépôt ........................... 2 août 1977, à 11 h.

(33) (32) (31) Priorité revendiquée :

(41) Date de la mise à la disposition du
public de la demande ............ B.O.P.I. — «Listes» n. 9 du 2-3-1979.

(71) Déposant :   DEVALOIS Isabelle Hélène et DEVALOIS Anne Claire, Juniac, 87240 Ambazac.

(72) Invention de :

(73) Titulaire : Idem (71)

(74) Mandataire :

Pl. unique                                                     2399229

FIG. 1



FIG. 2     FIG. 3          FIG. 4





