# EXHIBIT M

BE  H ENSEMBLE

PETITIONER'S EXHIBIT

# HUGE ROUND BEACH TOWEL

## LUXURIOUS BEACH TOWEL — for LYING
## NEARLY 6 FEET IN DIAMETER

# *The World's Greatest Beach Towel*

**Now when the sun moves, your towel doesn't have to.**

***One for lying, one for drying! Bound to be round! Don't be square!***

The round shape of the Sonspot® is a trademark of Son International

100% Cotton
Made in Brazil

Patent Pending
Copyright 1986 Son International

PETITIONER'S EXHIBIT
9

Sonspot® BEACH ENSEMBLE

# HUGE ROUND BEACH TOWEL
### LUXURIOUS BEACH TOWEL — for LYING
### NEARLY 6 FEET IN DIAMETER



## *The World's Greatest Beach Towel*
*Now when the sun moves, your towel doesn't have to.*

*One for lying, one for drying! Bound to be round! Don't be square!*

The round shape of the Sonspot® is a trademark of Son International

100% Cotton
Made in Brazil

Patent Pending
Copyright 1986 Son International


PETITIONER'S EXHIBIT 10

*Sonspot* ® BEACH ENSEMBLE

# HUGE ROUND BEACH TOWEL
### LUXURIOUS BEACH TOWEL — for LYING
### NEARLY 6 FEET IN DIAMETER

PETITIONER'S EXHIBIT 5



## *The World's Greatest Beach Towel*
...Now when the sun moves, your towel doesn't have to.

*One for lying, one for drying! Bound to be round! Don't be square!*
The round shape of the Sonspot® is a trademark of Son International

100% Cotton
Made in Brazil

Patent Pending
Copyright 1986 Son International


PETITIONER'S EXHIBIT 11

SONSPOT®

TWO TOWEL BEACH ENSEMBLE

# HUGE ROUND BEACH TOWEL
### LUXURIOUS BEACH TOWEL — for LYING
### NEARLY 6 FEET IN DIAMETER

PETITIONER'S EXHIBIT



## The World's Greatest Beach Towel
Now when the sun moves, your towel doesn't have to.

*One for lying, one for drying! Bound to be round! Don't be square!*

The round shape of the Sonspot© is a trademark of Son International

100% Cotton
Made in Brazil

Patent Pending
Copyright 1986 Son International

PETITIONER'S EXHIBIT 12