UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEMENS FRANEK,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART STORES, INC. and TARGET CORPORATION,<br><br>    Defendants. | Civil Action No. 08-Civ-0058<br><br>Judge Robert M. Dow, Jr.<br><br>*JURY DEMAND* |
| JAY FRANCO & SONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CLEMENS FRANEK,<br><br>    Defendant. | Civil Action No. 08-Civ-1313<br><br>Judge Robert M. Dow, Jr.<br><br>*JURY DEMAND* |

### NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

TO:    Mark Daniel Roth, Esq.
         Orum & Roth, LLC.
         53 West Jackson Boulevard
         Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on May 21, 2008, at 9:00 a.m., the undersigned will appear before Judge Robert M. Dow, Jr. in Room 1919 in the United States

1

District Court for the Northern District of Illinois, Eastern Division and then and there present **PLAINTIFF JAY FRANCO & SONS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**.

Dated: May 16, 2008

Respectfully submitted,

By: _____
Ezra Sutton
EZRA SUTTON, P.A.
900 Route 9, Suite 201
Woodbridge, New Jersey 07095
(732) 634-3520 - Office
(732) 634-3511 - Fax

Attorney for Plaintiff
Jay Franco & Sons, Inc.