**ebY**®  Search | Advanced Search    Buy | Sell | My eBay | Community | Help

Sign in or register                                                        Site Map

Categories ▼  Motors  Express  Stores         eBay Security & Resolution Center

← Back to list of items | Listed in category: | Clothing, Shoes & Accessories > Girls > Clothing (Size 4) > Swimwear > One Piece

## NWT Gymboree Petite Fleur Flower Shaped Beach Towel  Item number: 110102281084

Buyer or seller of this item? Sign in for your status                          Watch this item in My eBay

25% OFF

=Buy It Now= price:   US $11.24  US $14.99     Buy It Now >
                     Sale ends in 1 Day

Best Offer                                    Make Offer >

Shipping costs:   Calculate
Ships to:         United States, Europe, Canada, Australia
Item location:    Tomball, Texas, United States
History:          1 Offer

View larger picture

You can also:   [Watch This Item]
                Get SMS or IM alerts | Email to a friend

Listing and payment details: Show

Meet the sell
Seller:        irish
Feedback: 99.8
Member:        sinc
               Stat
See detailed f
Ask seller a q
Add to Favorit
View seller's c
Visit seller's S
  Irish Kid's

Buy safely
1. Check the s
   Score: 3238
   See detailed
2. Check how
   PayPal  L
           p

## Description (revised)

*Item Specifics - Item Condition*
Condition:    **New: With Tags**

### Irish Kid's Sports Gymboree Plus

Visit my eBay Store:  Irish Kid's Sports Gymboree Plus

Hello!  Welcome to my auctions.  I offer many New Gymboree items for boys, girls a smoke & pet free!

00053

Use the FREE Counters 1 million sellers do - Andale!



00067
View your 3-in-1 Credit Report and all 3 Credit Scores

### Shipping and handling

#### Ships to
United States, Europe, Canada, Australia

Country: | United States |     Zip or postal code: |      |    Update



Sign in or register

Categories ▼  Motors  Express  Stores

Search | Advanced Search    Buy  Sell  My eBay  Community  Help
Site Map

eBay Security & Resolution Center

← Back to list of items    Listed in category: Home & Garden > Inside the Home > Bath > Towels & Washcloths

### SEAHORSE Shaped Child's Beach Towel – 30x60 100% Cotton

Item number: 190124920442

Buyer or seller of this item? **Sign in** for your status

**Watch this item** in My eBay



=BuyItNow price:  US $16.95    Buy It Now >

Shipping costs:  Calculate
Ships to:        Worldwide
Item location:   Bridgewater, New Jersey, United States

You can also:    Watch This Item
                 Get SMS or IM alerts | Email to a friend

View larger picture

Listing and payment details: Show

**Meet the seller**
Seller:    bugsysbazaar ( 2573 ★ )  Power Seller
Feedback:  **99.9 % Positive**
Member:    since Feb-06-05 in United States
           See detailed feedback
           Ask seller a question
           Add to Favorite Sellers
           View seller's other items: Store | List
           Visit seller's Store:
           🛒 Bugsy's Bazaar

**Buy safely**
1. Check the seller's reputation
   Score: 2573 | 99.9% Positive
   See detailed feedback
2. Check how you're protected
   PayPal Up to $2,000 in buyer protection.
   See eligibility

### Description (revised)

Item Specifics - Towels, Washcloths
Product Type:    --              Pattern:    --
Dominant Color:  --              Condition:  New



Visit my eBay Store: 🛒 Bugsy's Bazaar

Search my eBay Store:
[Search]

Add to Favorite Stores | Sign up for Store newsletter

## Child's Shaped SEAHORSE Beach Towel – 30x60 – 100% Cotton - NWT

This is a SEAHORSE Shaped Beach Towel by Summer Living. This adorable shaped towel is 100% cotton and measures 30" x 60". What a great towel for the beach or the bath!

This item is new with tag and never used.



00008
View your 3-in-1 Credit Report and all 3 Credit Scores

Find more items from the same seller. Bid or Buy Now!

   

| Jellybean Shaped SNOWMAN Rug –24" x 36" - New | 8 Pc Chenille Complete Bed Spread Ensemble - KING NIP | 3 Pc Large FRENCH VANILLA Pillar Candle, Stand, Snuffer | Home Interiors BAKED APPLE PIE 15.5 Oz. Jar Candle NIB |
|---|---|---|---|
| =Buy It Now    US $34.95 | =Buy It Now    US $99.95 | =Buy It Now    US $19.95 | =Buy It Now    US $19.95 |

Visit seller's Store

**Shipping and handling**

# abc distributing®

SEARCH [ ]   $PAY Online   CHECKOUT
MY ACCOUNT | VIEW CART (0 items)

SHOP Online ↓ | Catalog Quick Order | FREE Catalogs | Customer Service | Order Status

< PREV | NEXT >    Continue Shopping





 **60" Shaped Beach Towels**
Sure To Stand Out At The Pool Or Beach!

**$14.95** each

| Qty | Description | Item # | Price |
|---|---|---|---|
| | 60" Shaped Beach Towels | 415213-8TLQ | $14.95 each |
| sold out | Frog | FRG | |
| | Fish | FSH | |
| sold out | Ladybug | LBG | |

[Add To Cart]    ✉ Tell A Friend About This Item

**An LTD Exclusive! Fun and unique towels are great for kids and adults.**

- Each towel features a fiber-reactive print that won't fade in the sun or when you wash it.
- Select from Frog, Ladybug and Fish.
- Absorbent, 100% cotton.
- Machine care.
- Imported.

This product can be found on **pg. 158** of the **Spring 2007** catalog.

Enter Your Email Address To Receive Special Offers [ ] 

Updates on our latest products.
First-look email offers.
Notifications about special deals and incentives.

Big savings on the hottest sellers.
Much, much more!

home | about abc | faq | shipping | returns | our guarantee | privacy | security | recall | product safety
© 1998 - 2008. abc distributing ®. all rights reserved. terms & conditions.

Hello. Sign in to get personalized recommendations. New customer? Start here.
Save on everything you need for college
Sponsored by Microsoft

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account | Help

**Sports & Outdoors**

Sports & Outdoors | Camping & Hiking | Cycling | Exercise & Fitness | Fan Gear | Golf | Sales & Deals | Sports Clothes | Shoes | 50% Off

Customers viewing this page may be interested in this Sponsored Link (What's this?)

Lands' End **Beach Towel** Beach Towels with Room to Spare! Easy to Tote & Store - Order Online   www.LandsEnd.com

This item is not eligible for Amazon Prime, but millions of other items are. Join **Amazon Prime** today. Already a member? Sign in.



See larger image
Share your own customer images

### Waikiki Surfboard Shaped Beach Towel
Other products by Board Towelz
No customer reviews yet. Be the first. | More about this product

**Currently unavailable.**
We don't know when or if this item will be back in stock.

**BillMeLater** Get $10 Off Any $50 Amazon.com Purchase
Pay with Bill Me Later and use promo code BMLSAVES at checkout to get your discount. Subject to credit approval. Offer limited to items sold by Amazon.com. One per customer. Restrictions apply. See terms and conditions for details.

Get it for less! Order it used
Have one to sell? Sell yours here
Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

### Product Features
- Fiber Reactive Printing
- Shaped like a Surfboard
- Patented Surfboard Shape

### Product Description
**Product Description**
Board Towelz surfboard towels are the gotta have beach accessory. Do you want to have the coolest towel in town? Look no further. From classic hibiscus print to hot flames, to Endless Summer© designs, Board Towelz has the perfect towel for everyone. These novel surfboard towels have a unique patented shape and design that you wont see anywhere else. For the beach, the boat, the pool, or the bathroom, there is a Board Towelz style for all ages. Available in a plush terry and soft printed line, these oversized beach towels are perfect for every occasion. At a whoppin' 7'2" and 6' these towels have you covered- or will at least keep you off the sand.

### Product Details
**Product Dimensions:** 1.6 pounds
**Shipping Weight:** 2 pounds
**ASIN:** B00061MISA
**Item model number:** Waikiki
**Average Customer Review:** No customer reviews yet. Be the first.
**Amazon.com Sales Rank:** #101,354 in Sports & Outdoors (See Bestsellers in Sports & Outdoors)

Would you like to **give feedback on images**?

### Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

**Get Beach Towels Online**
www.BeachStore.com   See Fine Selection. Brand Names. XL, Round, Striped, Jacquard & more

**Beach Towels Galore**
unitedtextilesupply.com   Cabana Stripes, Jacquards, Solids. A Rainbow of Colors

**Genuine Turkish Spa Robes**
www.thirstytowels.com/   Original Thirsty™ **Towels**, Bathrobes Monogram & Gift-wrap, Free S&H $100

See a problem with these advertisements? Let us know                              Advertise on Amazon

**Suggested Tags from Similar Products** ( What's this? )   Search Products Tagged with

eBay

Sign in or register

Search | Advanced Search    Buy   Sell   My eBay   Community   Help   Site Map

Categories | Motors | Express | Stores

eBay Security & Resolution Center

Back to list of items    Listed in category:  Toys & Hobbies > Action Figures > Comic Book Heroes > Spider-Man

## Cotton Spiderman Hooded Bath Beach Pool Towel GT108

Item number: 250270456825

Seller of this item? Sign in for your status

Watch this item in My eBay

| | |
|---|---|
| Starting bid: | US $18.99 |
| Your maximum bid: | US $ [ ]   Place Bid > (Enter US $18.99 or more) |
| End time: | 8 hours 29 mins (Jul-16-08 20:06:23 PDT) |
| Shipping costs: | Free Standard Flat Rate Shipping Service Service to United States (more services) |
| Ships to: | Worldwide |
| Item location: | china, China |
| History: | 0 bids |
| You can also: | Watch This Item Get SMS or IM alerts | Email to a friend |

View larger picture

**Meet the seller**
Seller:  sky_momery ( 874 ☆ ) Power Seller
Feedback: **97.5 % Positive**
Member:  since Jul-05-05 in China
- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store | List
- Visit seller's Store:
  sky_momery

**Buy safely**
1. Check the seller's reputation
   Score: 874 | 97.5% Positive
   See detailed feedback
2. Check how you're protected
   PayPal  Up to $200 in buyer protection. See eligibility

Listing and payment details:  Show

## Description

*Item Specifics - Item Condition*
Condition:    **New**

### sky_momery

Visit my eBay Store: sky_momery

Sign up for Store newsletter

**Store Categories**

Store home
Fate Stay Night
Griffon Ikkitousen
Evangelion
Pixar Car
Pokemon
Transformer
Disney Princess
Seasame Street
Final Fantasy
Rozen Maiden
Dora The Explorer
Hello Kitty
Ben 10
Star Wars
Haruhi Suzumiya
Nightmare Before Christmas
Death Note
Naruto
Kingdom hearts
Tinker Bell
Superman
Spiderman
Bleach



**Tsubasa Reservoir Chronicles**
**Winx Club**
**Yamadaya**
**Yamashita**
**To Heart Xrated**
**Chaos Gate Ignis**
**Katana**
**Super Mario**

See all categories



### Cool!! Cotton Spiderman Hooded Bath Beach Pool Towel

**Item Description:**

| | |
|---|---|
| **Color:** | Brand new as shown in the picture. |
| **Dimension:** | Approx.140x103(LxW) |
| **Material:** | Cotton |

*Great for gift !
*Popular in Spiderman Fans!
*Limited Edition!
*Rare in US market!
*Prefect to put into your collection cabin!

| Country | Postage | Approx Delivery Time | Cost |
|---|---|---|---|
| USA, Canada, UK, Australia | Postal Airmail | 7-14 business days | USD:free First Item USD:free Each Additional similar Item |
| International (excluding USA, Canada, UK, Australia | Postal Airmail | 10-18 business days | USD:free First Item USD:free Each Additional similar Item |
| Insurance: | | | USD:0.00 |

**Perfect For PAYPAL payment!**

Payment & Terms ,Policy ,Return ,Feedback. **Clink here.**



### Glinda Good Witch Bean Bag

Everyone's favorite "good witch" is perfectly pretty in her iridescent pink satin gown, complete with her purple star wand and crown. An adorable animal adaptation of the famed L. Frank Baum character! 100% polyester fabric. Ages 3 and up. 4" x 2" x 9" high.

Item: CH37798
**13.45 each**

[Add to Cart]



### Wicked Witch Bear Bean Bag

This sweet-faced little sorceress can't be all bad... can she? Maybe all she needs is a hug! This adorable take on the Wizard of Oz's scariest character is dressed in her spooky witches' clothing; right by her side is her trusty flying broom. 100% polyester fabric. Ages 3 and up. 4 1/2" x 4" x 6 1/2" high.

Item: CH37799
**13.45 each**

[Add to Cart]



### The Wizard of Oz Illustrated

Follow the Yellow Brick Road and enjoy the magical journey of Dorothy and her friends in this specially adapted, illustrated version of the beloved L. Frank Baum classic. Hard cover book. 5 1/2" x 8" high.

Item: CH37805
**8.95 each**

[Add to Cart]



### Pirate Hooded Beach Towel

Contrasting colors and textures add interest to this handsome handled vase, formed in the classical shape of earthenware vessels used around the globe. A truly worldly addition to your decor! Stoneware. 6" diameter x 9" high.

Item: CH37750
**14.75 each**

[Add to Cart]



### Mermaid Hooded Beach Towel

Turn your little girl into the prettiest mermaid on the beach with this adorable hooded towel. The soft terry cover-up is perfect for bath, beach or pool and makes a fabulous costume that turns anytime into playtime! Bright front-and-back print makes sure your little "siren of the sea" is noticed from all directions! 100% cotton. Machine wash cold; tumble dry low heat. 24" x 48" long.

Item: CH37751
**14.75 each**

[Add to Cart]



### Fairy Design Beach Towel

A golden-haired fairy surrounded by showers of flowers dances away a summer's day on this fun and feminine beach towel! Thick and thirsty velour-finish terry is plush enough for any princess - perfect for pool, beach or back yard. 100% cotton. Machine wash cold; tumble dry low heat. 30" x 60" long.

Item: CH37751
**13.00 each**

[Add to Cart]

Sign in or create an account to enhance your shopping experience. | Help | Pre-Order Our 2008 Fall Catalog



TOLL-FREE CUSTOMER SUPPORT: (866) 604-6774
Best Price Guarantee: USimprints will beat any competitor's price!

Home    About    Contact    Help

2008 Fall Catalog Ships August 1st!
Click here to pre-order your copy of our 2008 Fall Catalog, packed with hundreds of specially-marked products and deals.

Search
Click here for Advanced Search

FEATURED PRODUCTS    SALE PRODUCTS    SPEEDSHIP PRODUCTS



RECYCLED NOTEBOOK & PEN SET
An excellent Earth Friendly promotion. Ships in 12 business days.
$1.89

### ANIMAL SHAPE BEACH TOWEL, 5.25" X 8". - BEACH TOWEL MADE OF COTTON TERRY, COMPRESSED INTO VARIOUS SHAPES

Product ID: 4325516

Speak with a branding specialist about this product: (866) 604-6774



ORDER STATUS

Sales Order Number | Go

[ Go Back ]

**PROMOTIONAL ITEMS**

Apparel & Accessories
Automotive Accessories
Awards & Trophies
Baby Products
Bags & Totes
Beauty Products
Business Gifts
Buttons & Stickers
Calendars & Planners
Caps & Hats
Cards & Books
Clocks & Watches
Computer Accessories
Desktop & Office Supplies
Drinkware & Mugs
Electronics
Food, Candy & Drink
Games & Toys
Golf Products
Health & Safety Products
Holiday & Party Items
Home Items
Jewelry
Journals & Padfolios
Keychains & Key Tags
Magnets
Outdoor & Travel Items
Pens & Pencils
Special Interest Products
Sports & Athletics
Tools
Trade Show Giveaways
Wine & Spirit Accessories



[ Go Back ]

# NANJING HIGH TEXTILES CORPORATION



**Compressed Towels**

Online Chat    Inquiry Basket (0)

- Home
- Product Catalog
- Trade Fair
- Production room
- Cap & Apparel
- Bag & Luggage
- Nonwoven goods
- Compressed Towels
- Trade Message
- Contact Us







Apron

Non Woven shopping bag

Non woven bag





Tel: 0086 25 83124066    Fax: 0086 25 83124029
Email: navy1016@hotmail.com or info@hightextiles.com

Powered by DIYTrade.com



| | Search | Advanced Search | Buy | Sell | My eBay | Community | Help |

Sign in or register

Site Map

Categories ▼   Motors   Express   Stores

eBay Security & Resolution Center

⬅ Back to list of items | Listed in category: | Clothing, Shoes & Accessories > Infants & Toddlers > Girls' Clothing > Size 2T > Swimwear > One Piece

**Dora Swim Cover-up Nick Jr. 2T 3T 4T Beach Towel**    Item number: 160260412660

Seller of this item? **Sign in** for your status    **Watch this item** in My eBay

**Meet the seller**

| | Starting bid: | **US $0.99** |
| | | PayPal account required |

Seller: gossamer19103 ( 845 ⭐ )

| | Your maximum bid: | US $ [        ]   Place Bid > |
| | | (Enter US $0.99 or more) |

Feedback: **100 % Positive**
Member: since Apr-04-04 in United States

• See detailed feedback
• Ask seller a question
• Add to Favorite Sellers
• View seller's other items

| | End time: | Jul-18-08 06:34:40 PDT |
| | | (1 day 18 hours) |
| | Shipping costs: | US $2.99 |
| | | US Postal Service First Class Mail® |
| | | Service to United States |
| | Ships to: | United States |
| | Item location: | Philadelphia, PA, United States |
| | History: | 0 bids |

**Buy safely**

1. Check the seller's reputation
   Score: 845 | 100% Positive
   See detailed feedback

2. Check how you're protected

View larger picture

| | You can also: | Watch This Item |
| | | Get SMS or IM alerts | Email to a friend |

PayPal  Up to $2,000 in buyer protection.
See eligibility

**Listing and payment details:** Show

**Description** (revised)

Item Specifics - Item Condition
Condition:    **Pre-Owned**
Size :    **2T - 4T**                                    Brand :    **Nick Jr**
Product+Type :    **Wrap Style Cover-up Towel**

UP FOR AUCTION:

NICK Jr.

DORA

SWIM COVER-UP

SIZE: 2T - 4T

RUNS SMALL-SEE MEASUREMENTS-FITS 2T, 3T BEST

MEASUREMENTS: LENGTH FROM TOP OF SHOULDER TO HEM=20", CHEST=26.5" WITH ELASTIC BACK, FLAT FRONT.

DESCRIPTION: WRAP STYLE WITH VELCRO CLOSURE , MADE OF THIRSTY COTTON TERRI CLOTH

\*\* REALLY CUTE & COMFORTABLE \*\*



00033
View your 3-in-1 Credit Report and all 3 Credit Scores

### Shipping and handling

**Ships to**
United States

Country: United States

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $2.99 | United States | US Postal Service First Class Mail® Estimated delivery 2-5 days* | None |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

### Return policy

Return policy not specified.
Read item description for any reference to return policy.

### Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| PayPal (MasterCard, VISA, Discover, Bank) | Seller Preferred | PayPal Up to $2,000 in buyer protection. See eligibility |

Learn about payment methods