```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

        OFFICIAL USE

Postage              $
Certified Fee
Return Receipt Fee
(Endorsement Required)        Postmark
Restricted Delivery Fee        Here
(Endorsement Required)
Total Postage & Fees   $ 3.06

Sent To      REI
Street, Apt. No.;  Sumner,
or PO Box No.
City, State, ZIP+4   WA 98352-0001

PS Form 3800, August 2006    See Reverse for Instructions
```

KEITH H. ORUM
MARK D. ROTH
BEATA BUKRANOVA

GEORGE F. DVORAK
OF COUNSEL
MONAWWER GHANI
OF COUNSEL



February 21, 2008

**VIA CERTIFIED MAIL & RETURN RECEIPT**

REI
Sumner, WA 98352-0001

    Re:    Life is good Round Beach Towel
            Our File: 14779

Dear Sir/Madam:

Please be advised that this firm represents Mr. Clemens Franek. Mr. Franek is the owner of United States Trademark Registration No. 1502261. That trademark registration claims a trademark to the round shape of a beach towel. The trademark registration prohibits anyone in the United States other than my client or his licencees from selling round beach towels.

It has been brought to my attention that REI is currently selling a round beach towel. That round beach towel may conflict with my client's intellectual property rights. I would therefore suggest that you contact me within the next 10 days in order to discuss your continued sales of round beach towels.

I look forward to your response.

Very truly yours,

Mark D. Roth

MDR/yzc
2636.14779

ESTABLISHED 1913